C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-80288 C-13D |
| Sonita D. McRae | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER APPROVING APPLICATION FOR ADDITIONAL
## ATTORNEY'S FEES AND EXPENSES

      On June 24, 2010, a hearing was held on the Application by Debtor's attorney for compensation, and the objection by the United States Bankruptcy Administrator to the Application. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Applicant; Robert E. Price, Esq. appeared on behalf of the United States Bankruptcy Administrator; and, Richard M. Hutson II, Standing Trustee appeared. The Application for Compensation relates to services and expenses incurred for filing an adversary proceeding to determine the valuation of junior mortgages under 11 U.S.C. §506, which may be conducted either by adversary proceeding or by motion in accordance with Rule 3012 of the Federal Rules of Bankruptcy Procedure. The Court, after considering the Application, statement and arguments of counsel, finds that the objection by the United States Bankruptcy Administrator should be sustained and compensation and expenses allowed in accordance with the terms of this Order; therefore, it is

      ORDERED that the objection by the United States Bankruptcy Administrator is sustained and the Application for Compensation and Expenses is approved in the total amount of $450.00, to be paid through the Debtor's plan.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-80288 C-13D**

Sonita D. McRae
1203 Cornelia St.
Laurinburg, NC  28352

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
US Bankruptcy Administrator
PO Box 1828
Greensboro, NC  27402