UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Sonita Danielle McRae | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-09-80288 C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

Flagstar Bank filed Trustee Claim No. 6 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that after an escrow analysis for taxes and insurance, the monthly payment has been changed from $1,272.52 to $1,434.45 effective April, 2011.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to Flagstar Bank of $1,434.45 effective April, 2011.


Date:  February 15, 2011                                                       s/Richard M. Hutson, II
         ltp                                                                              Standing Trustee

-------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before March 17, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on April 7, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  February 15, 2011                                                       OFFICE OF THE CLERK
                                                                                                 U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
B-09-80288 C-13D

Sonita Danielle McRae
1203 Cornelia Street
Laurinburg, NC 28352

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

Flagstar Bank, FSB
Bankruptcy Section
5151 Corporate Drive
Troy, MI 48098

Hutchens, Senter, & Britton, PA
Post Office Box 2505
Fayetteville, NC 28302